UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY DWAYNE PURDMON,<br><br>    Defendant. | CASE NO. 06-628 M<br><br>DETENTION ORDER |

Offenses charged:

    Counts 1 - 15    Bank Fraud

    Counts 16 and 17    Aggravated Identity Theft

Date of Detention Hearing: December 6, 2006

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged with multiple instances of bank fraud, involving uses of other persons' identification, and identity theft. It is alleged that he involved other persons in the scheme. There is substantial reason for concern that he would resume this conduct if released on bond.

(2) His criminal history includes many failures to appear, resulting in the issuance of multiple warrants. Although his family might now have "cleared" all of these warrants, this still suggests his attitude about following court directives and making his appearances as required.

(3) He is also alleged to have obstructed law enforcement officers.

(4) According to the United States, one of the individuals defendant involved in his scheme told him she was considering admitting her role to law enforcement officers. According to her, defendant said if she did so, he would kill her and her family.

(5) Defendant was on probation at the time of these alleged offenses.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1  confined shall deliver the defendant to a United States Marshal for the purpose of an
2  appearance in connection with a court proceeding; and

3  (4)  The clerk shall direct copies of this order to counsel for the United States, to counsel
4  for the defendant, to the United States Marshal, and to the United States Pretrial
5  Services Officer.

6  DATED this 6th day of December, 2006.

       /s/John L. Weinberg
       JOHN L. WEINBERG
       United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)