UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY PURDMON,<br><br>　　　　　Defendant. | Case No.  CR06-414L<br><br>ORDER REQUESTING TRANSCRIPT AND LAW ENFORCEMENT REPORT FOR IN CAMERA REVIEW |

　　　This matter comes before the Court on defendant Anthony Purdmon's "Motion To Review And Revoke Detention Order" (Dkt. # 21).  In its response, the government alleges the defendant threatened an unnamed witness in this case.  In support of these allegations, it offers to provide a transcript of a tape-recorded interview with the unnamed witness for *in camera* review by the Court, and a copy of the law enforcement report of an additional interview with the witness.  The Court requests that the government submit these materials to the Court by January 19, 2007.

　　　DATED this 17th day of January, 2007.

　　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER REQUESTING TRANSCRIPT AND LAW ENFORCEMENT
REPORT FOR IN CAMERA REVIEW- 1