UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY PURDMON,<br><br>Defendant. | CR06-0414 RSL<br><br>ORDER DENYING MOTION |

This matter comes before the Court on defendant Purdmon's "Post-Conviction Motion and Supporting Affidavit of Counsel to Revoke 'Order Regarding Statements'" (Dkt. #81). After considering defendant's motion and the Government's response, defendant's motion is DENIED.

DATED this 21st day of August, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge