UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-414 RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ANTHONY DWAYNE PURDMON, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 19, 2009. The United States was represented by Assistant United States Attorney Susan G. Loitz, and the defendant by Jessie G. Cantor. The proceedings were digitally recorded.

The defendant had been charged and convicted for Bank Fraud in violation of 18 U.S.C. § 1344. On June 8, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of thirty (30) months in custody to be followed by five years (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to restitution in the amount of $106,500, drug testing, providing his probation officer with requested financial information among other things.

In a Petition for Warrant or Summons, dated August 5, 2009, U.S. Probation Officer

Mark Chance asserted the following violations by defendant of the conditions of his supervised release:

    (1) Using cocaine on or before June 22, 2009, in violation of standard condition No. 7.

    (2) Violating a Kent Municipal Court No Contact Order on or about May 11, 2009, in violation of the general condition that he not commit another federal, state or local crime. .

    (3) Failing to work regularly at a lawful occupation since February 2009, in violation of standard condition No. 5.

    (4) Failing to pay $25 monthly toward restitution since April 2009, in violation of a special condition of supervision.

On August 19, 2009, defendant made his initial appearance. The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violations Nos. 1, 3 and 4. He denied alleged violation number 2 and requested an evidentiary hearing before Chief Judge Lasnik on the alleged violation.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 3 and 4 and that the Court conduct an evidentiary hearing on alleged violation number 2. A disposition hearing on violations 1, 3 and 4 and an evidentiary hearing on alleged violation number 2 has been set for September 3, 2009 at 9:00 a.m. before the Honorable Robert S. Lasnik.

At the defendant's request, a separate detention hearing took place on August 20, 2009 before the undersigned Magistrate Judge. At that hearing, the government proffered that small amounts of cocaine were found in defendant's car when he was arrested, and that $1507.40 was in his possession when he was arrested. In light of the fact that he has admitted to violation number 3 that he has failed to work regularly at a lawful occupation since February 2009, defendant was ordered detained pending the final evidentiary hearing on

alleged violation number 2 and the disposition hearing on admitted violations 1, 3 and 4.

DATED this 20th day of April, 2009.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Ms. Susan G. Loitz
Defendant's attorney: Mr. Jessie G. Cantor
Probation officer: Mr. Mark Chance