# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY DWAYNE PURDMON,<br><br>Defendant. | NO. CR06-414-RSL<br><br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a supplemental violation of supervised release was held before the undersigned Magistrate Judge on March 9, 2010. The United States was represented by Assistant United States Attorney Darwin Roberts, and the defendant by Jesse Guerrero Cantor. The proceedings were digitally recorded.

The defendant had been charged and convicted of Bank Fraud, in violation of 18 U.S.C. § 1344. On or about June 8, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 30 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, $106,500 restitution, no firearm possession, search condition,

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1   and do not obtain or possess any identification in any other name other than defendant's true
2   legal name.
3       In a Supplemental Violation Report dated December 2, 2009, U.S. Probation Officer
4   Mark J. Chance asserted the following violation by defendant of the conditions of his
5   supervised release:
6       (5)   Failing to submit a written report to the U.S. Probation Office within the first
7           five days of October and November, 2009, in violation of standard condition #2.
8       The defendant was advised of the allegation and advised of his rights.  Defendant
9   admitted to violation No. 5.
10      I therefore recommend that the Court find the defendant to have violated the terms and
11  conditions of his supervised release as to violation 5, and that the Court conduct a hearing
12  limited to disposition.  A disposition hearing on the violation has been set before the Honorable
13  Robert S. Lasnik on March 25, 2010 at 8:30 a.m.
14      Pending a final determination by the Court, the defendant has been detained.
15      DATED this 9th day of March, 2010.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:        Honorable Robert S. Lasnik
      AUSA:                  Darwin Roberts
      Defendant's attorney:  Jesse Cantor
      Probation officer:     Mark Chance

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2