UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR06-414 RSL |
| v. | ) **PROPOSED FINDINGS OF FACT** |
| ANTHONY DWAYNE PURDMON, | ) **AND DETERMINATION AS TO** |
| | ) **ALLEGED VIOLATIONS OF** |
| Defendant. | ) **SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 18, 2010.  The defendant appeared pursuant to warrant issued in this case.  The United States was represented by Susan G. Loitz.  Also present was Senior U.S. Probation Officer Mark J. Chance. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on June 8, 2007 by the Honorable Robert S. Lasnik for Bank Fraud.  He received 30 months imprisonment and 5 years of supervised release.

On August 5, 2009, the Probation Office alleged Mr. Purdmon violated his supervision by using drugs, violating a Kent Municipal Court No Contact Order, failing to work regularly at a lawful occupation, failing to pay money towards restitution, and failing to submit timely monthly

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

report forms. Mr. Purdmon admitted guilt to all of the violations with the exception of the violation of the Kent Municipal Court No Contact Order. On March 25, 2010, he was sentenced to 120 days detention and 36 months supervised release.

Mr. Purdmon's term of supervised release recommenced on June 18, 2010, and is scheduled to routinely terminate on June 17, 2013.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated august 10, 2010, Senior U.S. Probation Officer Mark J. Chance alleged that defendant violated the following conditions of supervised release:

1. Failing to report for urinalysis testing on 7/20/2010, 7/30/2010, 8/4/2010, and 8/10/2010, in violation of a special condition of supervised release.

2. Failing to notify the probation officer at least 10 days prior to changing residence, in violation of standard condition No. 6.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing October 29, 2010 before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 18th day of October, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2