06-CR-00414-FINAFF

. Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR 06-0414 RSL |
| ) | |
| vs. ) | [~~PROPOSED~~] ORDER OF THE COURT |
| ) | |
| ANTHONY PURDMON ) | |
| ) | |
| Defendant ) | |

### ORDER

This matter having come before the court on the defendant's motion to seal documents, and having considered counsel's argument and the record, This Court finds good cause to seal the defendant's medical records filed as an attachment in support of the sentencing recommendation. Accordingly, it is hereby ordered that the defendant's medical records shall be sealed.

SO ORDERED: This 7th Day of Sept., 2012

_____
Hon. Robert S. Lasnik
U.S. District Court Judge

ORDER OF THE COURT - 1

Jesse Cantor,# 26736
MAZZONE & CANTOR, LLP
1604 Hewitt Ave., Suite 515
Everett, WA 98201
(425) 259-4989